SCOTT B. KIDMAN
*Application Pro Hac Vice Being Sought*
BRIAN M. WHEELER
*Application Pro Hac Vice Being Sought*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
scottkidman@quinnemanuel.com
brianwheeler@quinnemanuel.com

PAT LUNDVALL (#3761)
MEGAN STARICH (#11284)
MCDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
lundvall@mcdonaldcarano.com
mstarich@mcdonaldcarano.com

*Attorneys for Defendant eBay Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRADEBAY LLC, a Nevada limited liability company,<br><br>                              Plaintiff,<br><br>     vs.<br><br>EBAY INC., a Delaware corporation, et al.,<br><br>                              Defendants. | CASE NO.  2:11-cv-00702-ECR-PAL<br><br>**DEFENDANT EBAY INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EBAY'S MOTION TO DISMISS PLAINTIFF TRADEBAY LLC'S AMENDED COMPLAINT** |

00170.23502/4202680.6

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201, defendant eBay Inc. respectfully requests that the Court take judicial notice of the following records of the United States Patent and Trademark Office ("USPTO"):

1. Trademark application for the trademark TRADEBAY filed January 6, 2009, issued Serial No. 77643875, which is publicly available from the Trademark Document Retrieval system on the USPTO Web site (*available at* http://tdr.uspto.gov/jsp/DocumentViewPage.jsp?77643875/APP20090109064014/Application/2/06-Jan-2009/sn/false#p=1), and a printout of which is attached hereto as Exhibit A, as printed on June 27, 2011.

2. United States Patent and Trademark Office Trademark Applications and Registrations Retrieval Web site for status of Trademark Application Serial No. 77643875, which is publically available on the Trademark Applications and Registrations Retrieval system on the USPTO Web site (*available at* http://tarr.uspto.gov/tarr?regser=serial&entry=77643875&action=Request+Status), and a printout of which is attached hereto as Exhibit B, as printed on June 27, 2011.

This request is made pursuant to Federal Rule of Evidence 201, on the grounds that the Court may take judicial notice of any document "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). When supplied with the necessary information to demonstrate accuracy, judicial notice is mandatory. Fed. R. Evid. 201(d).

A federal court may take judicial notice of information in public records, including USPTO records, and the USPTO Web site. See Reyn's Pasta Bella, LLC v. Visa USA, Inc., 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record."); United States v. Ritchie, 342 F.3d 903, 909 (9th Cir. 2003) (courts may take judicial notice of public records, including those of administrative bodies); Vitek Sys., Inc. v. Abbott Labs., 675 F.2d 190, 192 n.4 (8th Cir. 1982) (noting with respect to trademark registrations that a court "may take judicial notice of Patent and Trademark Office documents"); Denius v.

1 Dunlap, 330 F.3d 919, 926 (7th Cir. 2003) (taking judicial notice of information on official
2 government Web site pursuant to Rule 201); Safeworks, LLC v. Spydercrane, LLC, 2009 WL
3 4730821, at *4 n.1 (W.D. Wash. Dec. 7, 2009) ("The Court may take judicial notice of the online
4 records maintained by the USPTO."); Pollution Denim & Co. v. Pollution Clothing Co., 547 F.
5 Supp. 2d 1132, 1137 n.19 (C.D. Cal. 2007) (taking judicial notice from the USPTO Web site of
6 the date of a trademark application, that it was filed on an intent to use basis, and the date
7 registrant first used the mark in commerce:  "The court takes judicial notice of these facts from
8 online records maintained by the United States Patent and Trademark Office."); Icon Enters. Int'l,
9 Inc. v. Am. Prods. Co., 2004 WL 5644805, at *1 (C.D. Cal. Oct. 7, 2004) (taking judicial notice of
10 trademark application filed with the USPTO).
11    Further, on a motion to dismiss, the Court may consider matters subject to judicial notice.
12 See, e.g., Dreiling v. Am. Exp. Co., 458 F.3d 942, 946 n.2 (9th. Cir. 2006) (on motion to dismiss,
13 the court "may consider documents referred to in the complaint or any matter subject to judicial
14 notice"); Ritchie, 342 F.3d at 908 ("A court may [] consider certain materials-documents attached
15 to the complaint, documents incorporated by reference in the complaint, or matters of judicial
16 notice-without converting the motion to dismiss into a motion for summary judgment."); World
17 Market Center Venture, LLC v. Tex. Int'l Prop. Assocs., 2009 WL 3303758, at *2 (D. Nev. Oct.
18 14, 2009) ("judicial notice of 'matters of public record'" is an exception to the prohibition against
19 consider material beyond the pleadings in ruling on a Rule 12(b)(6) motion); Shuffle Master, Inc.
20 v. Smart Shoes, Inc., 2009 WL 3336115, at *3 (D. Nev. Oct. 14, 2009) (same).
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1    Here, the accuracy of the records of the USPTO concerning the application for the
2 trademark TRADEBAY with Serial No. 77643875 and the status of that application cannot
3 reasonably be questioned, as they are publicly available on the official USPTO Web site.
4 Defendant eBay Inc. therefore requests that the Court take judicial notice of the records identified
5 above.
6    RESPECTFULLY SUBMITTED this 28th day of June, 2011.

By: */s/ Scott B. Kidman*
   SCOTT B. KIDMAN
   BRIAN M. WHEELER
   *Applications Pro Hac Vice Being Sought*
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
   865 S. Figueroa Street, 1oth Floor
   Los Angeles, CA 90017


By: */s/ Pat Lundvall*
   PAT LUNDVALL
   MEGAN STARICH
   MCDONALD CARANO WILSON LLP
   2300 West Sahara Avenue
   Suite 1000
   Las Vegas, NV 89102


*Attorneys for Defendant eBay Inc.*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of McDonald Carano Wilson LLP and on the 28th day of June, 2011, I electronically filed the forgoing DEFENDANT EBAY INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EBAY'S MOTION TO DISMISS PLAINTIFF TRADEBAY LLC'S AMENDED COMPLAINT with the Clerk of the Court using the ECF System, which will cause a copy of the foregoing to be delivered by the U.S. District Court CM/ECF to the following:

Corey M. Eschweiler
Adam D. Smith
4795 South Durango Drive
Las Vegas, NV 89147


/s/ Arlene P. Hallmark
An employee of McDonald Carano Wilson LLP

# Exhibit A

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 77643875
Filing Date: 01/06/2009

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77643875 |
| **MARK INFORMATION** | |
| **\*MARK** | TRADEBAY |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | TRADEBAY |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Tradebay, Inc. |
| **\*STREET** | 24123 Peachland Blvd C-4 #458 |
| **\*CITY** | Port Charlotte |
| **\*STATE** (Required for U.S. applicants) | Florida |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. applicants only) | 33954 |
| **PHONE** | 239-262-1001 |
| **FAX** | 239-261-0057 |
| **EMAIL ADDRESS** | usptomail@whitelawfirm.com |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Florida |

| | |
|---|---|
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Online e-commerce services, internet web sites; online marketplace for goods and or services, providing services and goods to others via a global computer information network |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Jennifer L. Whitelaw |
| FIRM NAME | WHITELAW LEGAL GROUP |
| STREET | 3838 Tamiami Trail North, Suite 310 |
| CITY | Naples |
| STATE | Florida |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 34103 |
| PHONE | 239-262-1001 |
| FAX | 239-261-0057 |
| EMAIL ADDRESS | usptomail@whitelawfirm.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Kathleen L. Kolacz |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Jennifer L. Whitelaw |
| FIRM NAME | WHITELAW LEGAL GROUP |
| STREET | 3838 Tamiami Trail North, Suite 310 |
| CITY | Naples |
| STATE | Florida |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 34103 |
| PHONE | 239-262-1001 |
| FAX | 239-261-0057 |
| EMAIL ADDRESS | usptomail@whitelawfirm.com |

| | |
|---|---|
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 325 |
| ***TOTAL FEE DUE** | 325 |
| ***TOTAL FEE PAID** | 325 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | NOT PROVIDED |
| **SIGNATORY'S NAME** | NOT PROVIDED |
| **SIGNATORY'S POSITION** | NOT PROVIDED |
| **DATE SIGNED** | NOT PROVIDED |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77643875**
**Filing Date: 01/06/2009**

## To the Commissioner for Trademarks:

**MARK:** TRADEBAY (Standard Characters, see mark)
The literal element of the mark consists of TRADEBAY.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Tradebay, Inc., a corporation of Florida, having an address of
    24123 Peachland Blvd C-4 #458
    Port Charlotte, Florida 33954
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

    International Class 035:  Online e-commerce services, internet web sites; online marketplace for goods and or services, providing services and goods to others via a global computer information network
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).


The applicant hereby appoints Jennifer L. Whitelaw and Kathleen L. Kolacz of WHITELAW LEGAL GROUP
    3838 Tamiami Trail North, Suite 310
    Naples, Florida 34103
    United States
to submit this application on behalf of the applicant.
 Correspondence Information: Jennifer L. Whitelaw
                3838 Tamiami Trail North, Suite 310
                Naples, Florida 34103
                239-262-1001(phone)
                239-261-0057(fax)
                usptomail@whitelawfirm.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

RAM Sale Number: 6869
RAM Accounting Date: 01/06/2009

Serial Number: 77643875
Internet Transmission Date: Tue Jan 06 12:26:38 EST 2009
TEAS Stamp: USPTO/BAS-76.101.213.80-2009010612263823
9474-77643875-400318e9846f04d5886243d970
7df48690-CC-6869-20090106121733814520

# TRADEBAY

# Exhibit B

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2011-06-27 17:07:09 ET

**Serial Number:** 77643875  Assignment Information          Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**

# TRADEBAY

**(words only):** TRADEBAY

**Standard Character claim:** Yes

**Current Status:** An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Date of Status:** 2010-04-01

**Filing Date:** 2009-01-06

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 116

**Attorney Assigned:**
SNAPP TINA LOUISE

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2010-01-28

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Tradebay, Inc.

**Address:**
Tradebay, Inc.

24123 Peachland Blvd C-4 #458  
Port Charlotte, FL 33954  
United States  
**Legal Entity Type:** Corporation  
**State or Country of Incorporation:** Florida  
**Phone Number:** 239-262-1001  
**Fax Number:** 239-261-0057  

## GOODS AND/OR SERVICES

**International Class:** 035  
**Class Status:** Active  
Computerized online ordering featuring general merchandise and general consumer goods; providing an Internet website portal featuring links to the merchandise and services of others for retail and bartering purposes; operating online marketplaces for sellers and buyers of goods and/or services; promoting the goods and services of others via a global computer information network; exchange services, namely, bartering of goods and services for others  
**Basis:** 1(b)  
**First Use Date:** (DATE NOT AVAILABLE)  
**First Use in Commerce Date:** (DATE NOT AVAILABLE)  

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2010-04-01 - Opposition instituted for Proceeding

2010-04-01 - Opposition papers filed

2010-03-02 - Notice Of Publication E-Mailed

2010-03-02 - Published for opposition

2010-01-28 - Law Office Publication Review Completed

2010-01-27 - Approved For Pub - Principal Register

2010-01-05 - Teas/Email Correspondence Entered

2010-01-05 - Communication received from applicant

2010-01-05 - TEAS Request For Reconsideration Received

2009-12-30 - Notification Of Final Refusal Emailed

2009-12-30 - Final refusal e-mailed

2009-12-30 - Final Refusal Written

2009-12-11 - LIE Checked Susp - To Atty For Action

2009-12-11 - Assigned To LIE

2009-06-11 - Notification Of Letter Of Suspension E-Mailed

2009-06-11 - LETTER OF SUSPENSION E-MAILED

2009-06-11 - Suspension Letter Written

2009-05-14 - Teas/Email Correspondence Entered

2009-05-14 - Communication received from applicant

2009-05-14 - TEAS Response to Office Action Received

2009-03-28 - Notification Of Non-Final Action E-Mailed

2009-03-28 - Non-final action e-mailed

2009-03-28 - Non-Final Action Written

2009-03-22 - Assigned To Examiner

2009-01-10 - Notice Of Pseudo Mark Mailed

2009-01-09 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Jennifer L. Whitelaw

**Correspondent**
JENNIFER L WHITELAW
WHITELAW LEGAL GROUP
3838 TAMIAMI TRIAL NORTH SUITE 310
NAPLES, FL 34103
Phone Number: 239-262-1001
Fax Number: 239-261-0057