Corey M. Eschweiler, Esq.
Nevada Bar No. 6635
Adam D. Smith, Esq.
Nevada Bar No. 9690
GLEN J. LERNER & ASSOCIATES
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 933-7043
E-mail: ceschweiler@glenlerner.com
　　　　asmith@glenlerner.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRADEBAY, LLC, a Nevada limited liability company, | CASE NO. 2:11-cv-00702-ECR-PAL |
| Plaintiff, | |
| vs. | |
| EBAY, INC., a Delaware corporation,; DOES I - X, and ROE CORPORATIONS I - X, inclusive, | |
| Defendants. | |

## **VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), neither answer nor motion for summary judgment having been served by the Defendant, or any other party in this matter, the above-entitled matter is hereby dismissed without prejudice against Defendant.

　　　　　　　　　　　　　　　　　　GLEN J. LERNER & ASSOCIATES


　　　　　　　　　　　　　　　　　　By:＿＿/s/ Adam D. Smith＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Corey M. Eschweiler, Esq. (6635)
　　　　　　　　　　　　　　　　　　　　Adam D. Smith, Esq. (9690)
　　　　　　　　　　　　　　　　　　　　4795 South Durango Drive
　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89147
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff